VILLAGE OF ANGOLA, Appellant, v. LAKE SHORE & M. S. RY. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 1, 1912.) Action by the Village of Angola against the Lake Shore & Michigan Southern Railway Company. No opinion. Motion to dismiss appeal denied, with $10 costs.

---

VINCENT, Appellant, v. VINCENT, Respondent. (Supreme Court, Appellate Division, Second Department. April 24, 1912.) Action by Carrie A. Vincent against John W. Vincent.

PER CURIAM. We are of opinion that the plaintiff made out a case sufficient to warrant the allowance of a counsel fee of $50. The order is modified accordingly, and, as so modified, affirmed, without costs.

HIRSCHBERG, J., votes for reversal.

---

VOGELSANG, Appellant, v. HANSEN et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 1, 1912.) Action by Lena Vogelsang against Andrew Hansen and another. No opinion. Judgment affirmed, with costs.

---

In re VOORHIES. (Supreme Court, Appellate Division, First Department. April 26, 1912.) In the matter of Harry Voorhies. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

WACKER, Respondent, v. NEW YORK EDISON CO., Appellant. (Supreme Court, Appellate Division, First Department. April 19, 1912.) Action by Frantz Wacker against the New York Edison Company. J. F. Murray, for appellant. H. H. Rittenbusch, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

WALNUT HILL BANK v. NATIONAL RESERVE BANK. (Supreme Court, Appellate Division, First Department. June 7, 1912.) Action by the Walnut Hill Bank against the National Reserve Bank. No opinion. Application granted. Order signed. See, also, 134 N. Y. Supp. 504, 756.

---

In re WALSH. (Supreme Court, Appellate Division, Second Department. April 24, 1912.) In the matter of Joseph A. Walsh, an attorney.

PER CURIAM. Application granted by default, respondent disbarred, and his name stricken from the roll of attorneys.

CARR, J., not voting.

---

In re WALSH, Deputy State Comptroller. (Supreme Court, Appellate Division, Second Department. May 1, 1912.) In the matter of the application of M. J. Walsh, as Deputy Comptroller of the State of New York, for an order transferring certain court and trust funds, etc. (Kings County Proceeding.) No opinion. Order reversed, on the authority of Matter of Walsh, 97 N. E. 715, decided by the Court of Appeals January 30, 1912. Settle order before Mr. Justice Woodward.

---

In re WALSH, Deputy State Comptroller. (Supreme Court, Appellate Division, Second Department. May 1, 1912.) In the matter of the application of M. J. Walsh, as Deputy Comptroller of the State of New York, for an order transferring certain court and trust funds, etc. (Queens County Proceeding.) No opinion. Order reversed, on the authority of Matter of Walsh, 97 N. E. 715, decided by the Court of Appeals January 30, 1912. Settle order before Mr. Justice Woodward.

---

In re WALSH, Deputy Comptroller. (Supreme Court, Appellate Division, Second Department. June 7, 1912.) In the matter of the application of M. J. Walsh, as Deputy Comptroller, etc., for an order transferring certain court and trust funds from the New York Life Insurance & Trust Company, etc., to the Chamberlain, etc. (Kings County Proceeding.) No opinion. Motion denied, without costs. See, also, supra.

---

In re WALSH, Deputy Comptroller. (Supreme Court, Appellate Division, Second Department. June 7, 1912.) In the matter of the application of M. J. Walsh, as Deputy Comptroller, etc., for an order transferring certain court and trust funds from the New York Life Insurance & Trust Company, etc., to the Chamberlain, etc. (Queens County Proceeding.) No opinion. Motion denied, without costs. See, also, supra.

---

WARNER et al., Respondents, v. NELSON, Appellant. (Supreme Court, Appellate Division, First Department. May 24, 1912.) Action by Charles H. Warner and another against John A. Nelson. E. W. Marlow, for appellant. A. C. Cass, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

WARNER et al., Respondents, v. NELSON, Appellant. (Supreme Court, Appellate Division, First Department. May 31, 1912.) Action by Charles B. Warner and another against John A. Nelson. T. W. Churchill, for appellant. A. C. Cass, for respondents.

PER CURIAM. Order affirmed, with $10 costs and disbursements, with leave to defendant to answer on payment of costs. Order filed. See, also, 146 App. Div. 933, 131 N. Y. Supp. 1149.

McLAUGHLIN, J., dissents, on the ground that in his opinion the contract lacks mutuality.